**Fill in this information to identify the case:**

Debtor name ___Oklahoma Jazz Hall of Fame, Inc.___

United States Bankruptcy Court for the: ___Northern___ District of ___Oklahoma___
(District)        (State)

Case number (if known):20-10047___

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case, include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured Claim** |
| 1. Cesium Communications 513 Anderson Avenue Rockville, MD 20850-0000 | | Professional Services/Contract | Disputed | | | **$46,800.00** |
| 2. Tulsa County Industrial Authority 500 South Denver Avenue Tulsa, OK 74103-0000 | | Lease | Disputed | | | **$22,543.79** |
| 3. Department of Treasury Internal Revenue Service PO Box 9941 Stop 5300 Ogden, UT 84409-0941 | | Taxes | Contingent Unliquidated Disputed | | | **$21,016.02** |
| 4. Key Plus Properties 1920 S. Memorial Drive Tulsa, OK 74112-0000 | | Loan | Disputed | | | **$20,000.00** |
| 5. ASCAP PO Box 331608 Nashville, TN 37203-0000 | | Licensing Fees | Disputed | | | **$9673.62** |
| 6. Barry Hensley/ Terry Baxter 2534 E. 19th St Tulsa, OK 74104-0000 | | Business Loan | | | | **$6,800.00** |
| 7. Indian Nation Fire Sprinkler 2300 N. Yellowood Ave Broken Arrow, OK 74012-0000 | | Contract | Disputed | | | **$6,527.00** |
| 8. Tulsa Public Schools 3027 South New Haven Avenue Tulsa, OK 74114-0000 | | Contract | Contingent Disputed | | | **$6,000.00** |

| 9. | Margaret White<br>PO Box 52184<br>Tulsa, OK 74152-0000 | | Loan | Disputed | | | **$6,000.00** |
|---|---|---|---|---|---|---|---|
| 10. | Jack Wolf<br>1130 S. Canton Ave<br>Tulsa, OK 74112-0000 | | Professional Services | Disputed | | | **$4,800.00** |
| 11. | Bishop Kelly<br>3905 South Hudson Avenue<br>Tulsa, OK 74135-0000 | | Contract | Contingent Disputed | | | **$3,500.00** |
| 12. | AEP<br>PO Box 24421<br>Canton, OH 44701-4421 | | Utility Bill | Contingent Unliquidated Disputed | | | **$2,991.18** |
| 13. | Henry Zarrow International School PTA<br>3613 South Hudson Avenue<br>Tulsa, OK 74136-0000 | | Contract | Contingent Disputed | | | **$2,500.00** |
| 14. | Dan Fridenberg<br>548 Alice Drive<br>Skiatook, OK 74070-0000 | | Contract | Disputed | | | **$2,000.00** |
| 15. | City of Tulsa<br>Utilities Services<br>Tulsa, OK 74187-0000 | | Utility Services | | | | **$1888.70** |
| 16. | Crossover Preparatory Academy<br>940 East 36th Street North<br>Tulsa, OK 74126-0000 | | Contract | Contingent Disputed | | | **$1,750.00** |
| 17. | Booker T. Washington Foundation for Excellence<br>P.O. Box 52663<br>Tulsa, OK 74152-0663 | | Contract | Contingent Disputed | | | **$1,750.00** |
| 18. | Rex & Allene Donley<br>1937 S. Evanston Ave<br>Tulsa, OK 74104-0000 | | Loan | Disputed | | | **$1,600.00** |
| 19. | BioGuard<br>24747 S. Canyon Road<br>Claremore, OK 74019-0000 | | Professional Services | Disputed | | | **$1,413.00** |
| 20. | Oklahoma Chiller<br>8813 OK-66<br>Tulsa, OK 74131-0000 | | Contract | Disputed | | | **$1,168.52** |