# Oklahoma Jazz Hall of Fame
## Balance Sheet
### As of December 1, 2010

|  | Nov 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1011 · Cash in bank -BancFirst | 7,944.11 |
| **Total Checking/Savings** | 7,944.11 |
| | |
| **Accounts Receivable** | |
| 1110 · Accounts receivable | 31,068.90 |
| **Total Accounts Receivable** | 31,068.90 |
| | |
| **Other Current Assets** | |
| 1299 · Undeposited Funds | 500.00 |
| 1400 · Other Assets | 563.61 |
| 1410 · Inventories for sale | 4,651.83 |
| **Total Other Current Assets** | 5,715.44 |
| | |
| **Total Current Assets** | 44,728.45 |
| | |
| **Fixed Assets** | |
| 1600 · Fixed Operating Assets | 207,917.16 |
| 1700 · Accumulated Depreciation | -70,986.00 |
| **Total Fixed Assets** | 136,931.16 |
| | |
| **TOTAL ASSETS** | **181,659.61** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2010 · Accounts payable | 17,369.20 |
| **Total Accounts Payable** | 17,369.20 |
| | |
| **Other Current Liabilities** | |
| 2200 · Sales Tax Payable | 78.61 |
| 2110 · Accrued payroll | 1,079.20 |
| 2130 · Accrued payroll taxes | 127.71 |
| 2140 · Accrued sales taxes | 6,939.16 |
| 2310 · Deferred contract revenue | 11,749.60 |
| 2410 · Refundable advances | 14,900.00 |
| **Total Other Current Liabilities** | 34,874.28 |
| | |
| **Total Current Liabilities** | 52,243.48 |
| | |
| **Total Liabilities** | 52,243.48 |
| | |
| **Equity** | |

# Oklahoma Jazz Hall of Fame
## Balance Sheet
### As of December 1, 2010

|  | Nov 19 |
|---|---:|
| 3000 · Unrestricted net assets | 103,402.30 |
| 3001 · Opening Bal Equity | 105,577.67 |
| 3010 · Unrestrict (retained earnings) | -109,171.54 |
| 3100 · Temporarily restrict net asset | 4,933.30 |
| Net Income | 24,674.40 |
| **Total Equity** | **129,416.13** |
| | |
| **TOTAL LIABILITIES & EQUITY** | **181,659.61** |