UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

In re: )
)
Oklahoma Jazz Hall of Fame Inc. )
)
)
)
)  Case No.
Debtor. )  Chapter 11

**AFFIDAVIT**

STATE OF OKLAHOMA )
)
COUNTY OF TULSA )

Jeffrey Kos states under oath as follows:

1. I am Jason McIntosh and I am a director of the above-named debtor.

2. The Debtor has not yet filed 2017, 2018, 2019 or 2020 Form 990 tax returns. They will be completed very soon. Therefore, as of this date tax returns for 2017-2020 do not exist.

3. The profit and loss and balance sheet statements attached to the petition are out of date. Updated financial documents will be completed soon. Therefore, current profit and loss and balance sheet financial statements do not exist as of this date.

4. A cash flow statement for Debtor does not now exist. It will be completed very soon.

5. A statement of operations for Debtor does not now exist. It will be completed very soon.

6. A faxed or duplicate copy of this affidavit shall serve all purposes as the original.

This statement is true and correct and made under penalty of perjury.

_____
Jeffrey Kos

Signed and affirmed before me on January 15, 2021 by Jeffrey Kos.

_____
Notary Public

My Commission expires: _____

ELIZABETH MCLEARAN
Notary Public – State of Oklahoma
Commission Number 13003399
My Commission Expires Apr 10, 2021